# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. PETERSON,<br><br>                Plaintiff,<br><br>vs.<br><br>CENTERPOINT ENERGY, INC., et al.,<br><br>                Defendant. | Case No. 2:13-cv-00766-GMN-GWF<br><br>**ORDER**<br><br>Motion for Extension of Time to<br>File Amended Complaint (#13) |

       This matter comes before the Court on Plaintiff's Motion for Extension of Time to File Amended Complaint (#13), filed on June 26, 2014.

       On May 28, 2014, the Court screened and dismissed Plaintiff's Amended Complaint (#9) without prejudice for failing to state a claim upon which relief can be granted. *See Dkt. #12*. Plaintiff was given until June 26, 2014 to file his second Amended Complaint. *Id*. Plaintiff now moves this Court for a thirty day extension of time to file his second amended complaint.

       Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b), when an act may or must be done within a specified time, the court may, for good cause, extend the time. Proceeding in proper person, Plaintiff has persistently pursued his claim against Defendant. He alleges that he inadvertently miscalculated the time within which to file his second amended complaint. Plaintiff substantially establishes good cause for an extension. Accordingly,

...

...

...

...

...

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to File Amended Complaint (#13) is **granted.** Plaintiff's second Amended Complaint shall be due no later than **July 31, 2014.**

DATED this 1st day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge